UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TERENCE JONES,<br><br>  Plaintiff,<br><br>  v.<br><br>MELANIE R CHEAIRS, et al.,<br><br>  Defendants. | CASE NO. 2:22-cv-01636-TL<br><br>MINUTE ORDER |

The following Minute Order is made at the direction of the Court, the Honorable Tana Lin, United States District Judge:

(1) On November 30, 2022, Plaintiff was granted leave to proceed *in forma pauperis*, and his Complaint was filed on the docket. Dkt. Nos. 3, 4. The same day, the Clerk of the Court mailed Plaintiff an instruction letter and blank summons forms, which were returned undelivered. *See* Dkt. No. 5. Plaintiff subsequently registered for electronic filing and updated his address with the Court. *See* Dkt. Nos. 8, 9.

(2) The Court DIRECTS the Clerk to resend the instruction letter and blank summons forms to Plaintiff.

(3) Due to the undelivered communication, the Court finds good cause to allow Plaintiff additional time to serve the Defendants with process as required by the Federal Rules of Civil Procedure and the Local Rules of the Court.[1] Plaintiff must effectuate service consistent with the relevant rules, and file proof of service or waiver, by **no later than June 16, 2023**. Failure to appropriately serve process may result in the dismissal of this action in its entirety.

Dated this 15th day of March 2023.

Ravi Subramanian
Clerk of the Court

s/ Kadya Peter
Deputy Clerk

---

[1] The Court strongly encourages Plaintiff to review the resources available to *pro se* parties, which can be found here: https://www.wawd.uscourts.gov/sites/wawd/files/RepresentingYourselfinaCivilMatter.pdf.

MINUTE ORDER - 2