UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TERENCE JONES,<br><br>                        Plaintiff,<br>        v.<br><br>MELANIE R CHEAIRS, et al.,<br><br>                        Defendants. | CASE NO. 2:22-cv-01636-TL<br><br>ORDER OF DISMISSAL |

On November 30, 2022, Plaintiff was granted leave to proceed *in forma pauperis*, and his Complaint was filed on the docket. Dkt. Nos. 3, 4. The same day, the Clerk of the Court mailed Plaintiff an instruction letter and blank summons forms, which were returned undelivered. *See* Dkt. No. 5. Plaintiff subsequently registered for electronic filing and updated his address with the Court on February 10, 2023. *See* Dkt. Nos. 8, 9.

On March 15, 2023, the Court found good cause due to the undelivered communications to extend Plaintiff's deadline to serve the Defendants per the Federal Rule of Civil Procedure. Dkt. No. 10. The Court ordered Plaintiff to effectuate service consistent with the relevant rules,

ORDER OF DISMISSAL - 1

and file proof of service or waiver, by no later than June 16, 2023. *Id.* The Court further cautioned Plaintiff that failure to appropriately serve process may result in the dismissal of this action in its entirety. *Id.*

Plaintiff never filed proof of service or waiver. The Court therefore ORDERS this case DISMISSED without prejudice.

Dated this 10th day of July 2023.

Tana Lin
United States District Judge